July 9, 2013.



# JUDGMENT

# The Fourteenth Court of Appeals

RAYMOND L. BROOKS, Appellant

NO. 14-12-01048-CV            V.

THE GOODYEAR TIRE & RUBBER CO., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, The Goodyear Tire & Rubber Co., signed April 17, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Raymond L. Brooks, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.